

# Fourth Court of Appeals

## San Antonio, Texas

August 23, 2021

No. 04-21-00311-CV

**IN THE INTEREST OF T.A.G., J.I.R.G., C.M.R.A., AND G.A. JR., MINOR CHILDREN**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01608
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

On August 10, 2021, we issued an order noting that appellant's notice of appeal was filed beyond the time allowed by Texas Rule of Appellate Procedure 26.1 but within the fifteen-day grace period permitted by Texas Rule of Appellate Procedure 26.3. *See* TEX. R. APP. P. 26.1, 26.3; *Verbugt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). We ordered appellant to file a response presenting a reasonable explanation for the untimely notice of appeal. On August 21, 2021, appellant filed a motion for extension of time that contained an adequate explanation for the untimely filing. After consideration, we **GRANT** appellant's motion for extension of time and deem her notice of appeal timely filed.

The reporter's record is now due. We **ORDER** the court reporter to file the reporter's record **by September 2, 2021.** We remind the court reporter that strict deadlines exist with regard to disposal of appeals dealing with termination of parental rights.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of August, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court